[No. 6991-1-II. Division Two. September 25, 1985.]

THE STATE OF WASHINGTON, *Respondent*, v. RICHARD B. BUTTS, *Appellant*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 82-1-00124-1, Don L. McCulloch, J., entered March 21, 1983. *Dismissed* by unpublished opinion

1058

per Petrie, J. Pro Tem., concurred in by Worswick, C.J., and Reed, J.

